FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 0 3 2018

JAMES W. McCORMACK, CLERK
By: _____
           DEP CLERK

Todd McDonald
(Enter above the full name of the Plaintiff in this action.)

Prisoner ID No. 59426
(Do Not Put Your Social Security Number)

V.

Lt. Carpenter
Sgt Parker

(Enter above the full name of the Defendant, or Defendants, in this action.)

CASE NO. 4:18-cv-00172 sww-PSH

I.   Previous Lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

       Yes _____    No __X__

   B.   If your answer to A is yes, describe each lawsuit in the space below including the exact Plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1.   Parties to this lawsuit

            Plaintiffs: _____

            Defendants: _____

            _____

       2.   Court (if federal court, name the district; if state, name the county):

            _____

       3.   Docket number: _____

       4.   Name of judge to whom case was assigned: _____

       5.   Disposition (for example: Was the case dismissed? Was it appealed?

            Is it still pending?) _____

       6.   Approximate date of filing lawsuit: _____

       7.   Approximate date of disposition: _____

(Revised 12/2016)

II. Place of Present Confinement: Saline County Detention Center

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>

    A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

        Yes __X__      No _____

    B. If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. <u>**FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.**</u> If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.

    C. If your answer is NO, explain why not: _____

IV. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

    A. Your Full Name: Todd Ethan McDonald

        Address: 735 S. Neeley St
        Benton AR 72015

(In Item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

**Do Not List Witnesses.**

You may not name the jail as a Defendant. The jail is a building and cannot be sued.

B. Read carefully and fill out all information sought.

    <u>1. Defendant #1.</u>

    Full Name: Lt Carpenter
    Position: Lt.
    Place of Employment: Saline County Detention Center
    Address: 735 S. Neeley St
    Benton AR 72015

**2. Defendant #2.**

Full Name: _Sgt Parker_

Position: _Sgt_

Place of Employment: _Saline County Detention Center_

Address: _735 S. Neeley St_
_Benton AR 72015_

**3. Defendant #3.**

Full Name: ___

Position: ___

Place of Employment: ___

Address: ___

**4. Defendant #4.**

Full Name: ___

Position: ___

Place of Employment: ___

Address: ___

If you need more space for additional Defendants, list the additional Defendants on another piece of paper, using the same outline.

V.  At the time of the alleged incident(s), were you:
(check the appropriate blank)

_X_  in jail and still awaiting trial on pending criminal charges
___  serving a sentence as a result of a judgment of conviction
___  in jail for other reasons (*e.g.*, alleged probation violation, etc.)

Explain: _Am a federal Inmate awaiting sentencing_

Please provide the date of your conviction or probation or parole revocation:
_Wed April 5th 2017_

## VI. Statement of Claim

State <u>every</u> ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the <u>facts</u> of your claim.

With respect to <u>each</u> claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)

<u>Claim Number # 1</u>:

Type of Claim (for example, excessive force, denial of medical care, etc.):

Denial of Medical care

Date of the Occurrence: April 5th 2017 - now

Name of Each Defendant involved: Lt Carpenter, Sgt Parker

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #1 and any harm caused by it.

Was told this is a short term facility and does not have to provide dental care. Caused loss of teeth + tooth pain

With regard to Claim #1, are you suing Defendant(s) in his or her: (check the appropriate blank)

✗ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

_____ both official and personal capacity

-4-

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

Policy in they are a short term jail and do not have to provide dental care

**Claim Number # 2:**

Type of Claim (for example, excessive force, denial of medical care, etc.):

Denial of Medical

Date of the Occurrence: April 5th 2017 - now

Name of Each Defendant involved: Lt Carpenter, Sgt Parker

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #2 and any harm caused by it.

Will not let me get Klonopin for my anxiety. Has caused Anxiety attacks and a suicide attempt

**With regard to Claim #2, are you suing Defendant(s) in his or her: (check the appropriate blank)**

   X    official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

_____ both official and personal capacity

-5-

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

Policy says Klonipin is a narcotic so jail does not allow it

**Claim Number # 3:**

Type of Claim (for example, excessive force, denial of medical care, etc.):

denial of Medical Care

Date of the Occurrence: April 5th 2017- Now

Name of Each Defendant involved: Lt Carpenter, Sgt Parker

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #3 and any harm caused by it.

Will not let me keep rescue inhaler in cell.

With regard to Claim #3, are you suing Defendant(s) in his or her: (check the appropriate blank)

X  official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

\_\_\_\_ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

\_\_\_\_ both official and personal capacity

-6-

Claim Number #4

Type of Claim

Denial of medical Care

Date of Occurance: Tues Jan 30th 2018 - Sat Feb 3rd 2018

Name of Each defendant: LT. Carpenter, Sgt Parker

Describe the Acts or omissions of the Defendants that form the Basis for Claim #4 and any harm caused by it

Was denied Meds due to wrist band being broken causing anxiety attack, Being Locked in Isolation, not able to eat, & throwing up due to no meds

With Regard to claim #4

X official capacity

— personal

— Both

If you are asserting an official capacity claim, describe the custom or policy that you believe caused violation.

They said since Armband was broken they could not verify who I was even though the photo on it was fine. So I was denied meds till they made new ones.

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

Says people use inhalers to get high

If you need more space for more claims, list the additional claims on another piece of paper, using the same outline.

VII.  **Relief**

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

**X**   Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

\_\_\_\_   Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes.

I am seeking $100,000.00/100

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this 21 day of May 20 18.

Todd McDonald
**Printed Name of Plaintiff**

**Signature of Plaintiff**