IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TODD McDONALD                                                                PLAINTIFF

v.                                    No: 4:18-cv-00172 SWW-PSH

CARPENTER, *et al.*                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED:

1. McDonald's claims relating to the use of an inhaler are dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. McDonald's claims relating to lack of dental care, denial of medication needed for anxiety, and denial of medication due to a broken wristband are allowed to proceed.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation would not be taken in good faith.

DATED this 20th day of June, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE