IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| TODD McDONALD | PLAINTIFF |
| v. No: 4:18-cv-00172 SWW-PSH | |
| CARPENTER, *et al.* | DEFENDANTS; THIRD PARTY PLAINTIFFS |
| v. | |
| TURN KEY HEALTH CLINICS LLC | THIRD PARTY DEFENDANT |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the defendants are entitled to summary judgment, and McDonald's claims are dismissed without prejudice. The third-party complaint filed by defendants is dismissed as moot.

DATED this 2nd day of January, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE