IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TODD McDONALD                                                                PLAINTIFF

v.                          No: 4:18-cv-00172 SWW-PSH

CARPENTER, *et al.*                                                  DEFENDANTS;
                                                              THIRD PARTY PLAINTIFFS

v.

TURN KEY HEALTH CLINICS LLC                        THIRD PARTY DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 2nd day of January, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE